

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY**, Texas; the Honorable Joel Rodriguez Jr., in his official capacity as County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

# O R D E R

In this accelerated appeal, Appellants' brief is due to be filed with this court on October 24, 2014. On October 17, 2014, Appellants filed an unopposed first motion for extension of time to file Appellants' brief until November 24, 2014.

Appellants' motion is GRANTED. Appellants brief is due on November 24, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court